Joel VICARS, Plaintiff–Appellant,

v.

Harold CLARKE, Director of the Virginia Department of Corrections (VDOC); A. David Robinson, Chief of Corrections Operations of the VDOC; John Jabe, Deputy Director of Operations of the VDOC; Gregory Holloway, Superintendent/Warden of Wallens Ridge State Prison; David Zook, Assistant Warden of Wallens Ridge State Prison; Rebecca Young, Operations Manager/Officer at Wallens Ridge State Prison; W. Todd Farris, Unit Manager at Wallens Ridge State Prison; Dennis Collins, Unit Manager at Wallens Ridge State Prison; Quincey Reynolds, Unit Manager of the 864.1

VHU at Wallens Ridge State Prison; Brenda Ravizee, Institutional Ombudsman/Grievance Coordinator at Wallens Ridge State Prison, Defendants–Appellees.

No. 15-7546

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2016

Decided: June 3, 2016

Joel Vicars, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Vicars appeals the district court's order granting summary judgment to the Defendants on his complaint asserting claims under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vicars v. Clarke, No. 7:14–cv–00620–NKM–RSB, 2015 WL 5043049 (W.D. Va. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED